IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING ENGINEERS
LOCAL 520 PENSION FUND, et al.,**

**Plaintiffs,**

v.

**MAUL EXCAVATING, INC.,**          No. 07-CV-335-DRH

**Defendant.**

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Plaintiffs' Notice of Dismissal Without Prejudice (Doc. 15) having been filed with this Court, **IT IS ORDERED** that this matter is hereby dismissed without prejudice pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**.

**IT IS SO ORDERED.**

Signed this 25th day of February, 2008.

/s/   David R Herndon
**Chief Judge
United States District Court**